UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CR- 60139-WPD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMION MCKENZIE,
    Defendant.
_____/

## MOTION TO STRIKE

Defendant Damien McKenzie, through his undersigned counsel, moves to strike the Motion filed for Motion to Travel on Mr. Damion McKenzie [DE 70].

The Motion was filed in error on November 2nd 2021.

WHEREFORE, the Defendant moves the Court to strike [DE 70] from the docket.

**I HEREBY CERTIFY** that a true and correct copy of the above has been served via the CMECF portal to all parties of record on this 2nd day of November 2021.

Respectfully Submitted,

MARTIN L. ROTH, ESQUIRE
1700 East Las Olas Blvd. Suite 307
Fort Lauderdale, Florida 33301
Telephone: (954) 745-7697
Email:  MLRPA@msn.com

*/s/ Martin L. Roth*
Martin L. Roth, Esq.
Florida Bar No.:  265004